UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RITA MARTINS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPSTONE LOGISTICS, LLC,<br><br>Defendant. | Civil Action No. 1:24-cv-10357-MJJ |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Capstone Logistics, LLC, states that no publicly held corporation owns 10% or more of its stock.

Dated: April 22, 2024                     Respectfully submitted,

/s/ Daniel R. Sonneborn
Daniel R. Sonneborn, BBO #679229
PRETI FLAHERTY BELIVEAU & PACHIOS, LLP
60 State Street
Suite 1100
Boston, MA 02109
Phone: 617.226.3852
Facsimile: 617.226.3801
Email: dsonneborn@preti.com

Andrew J. Butcher, *pro hac vice forthcoming*
Charles Andrewscavage, *pro hac vice forthcoming*
Jared S. Kramer, *pro hac vice forthcoming*
SCOPELITIS, GARVIN, LIGHT, HANSON
  & FEARY, P.C.
30 W. Monroe St., Suite 1600
Chicago, IL 60603
Phone: (312) 255-7200
Facsimile: (312) 422-1224
Email: abutcher@scopelitis.com

Email: candrewscavage@scopelitis.com
Email: jskramer@scopelitis.com

Adam C. Steel, *pro hac vice forthcoming*
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 W. Market Street, Suite 1400
Indianapolis, IN 46204
Phone: (317) 637-1777
Facsimile: (317) 687-2414
Email: asteel@scopelitis.com

*Attorneys for Defendant, Capstone Logistics, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following on April 22, 2024:

>Howard Lichten
>Matthew Thomson
>LICHTEN & LISS-RIORDAN, P.C.
>729 Boylston Street, Suite 2000
>Boston, MA 02116
>hlichten@llrlw.com
>mthomson@llrlaw.com

>Michael J. Bace
>BACE LAW GROUP, LLC
>P.O. Box 9316
>Boston, MA 02114
>mjb@bacelaw.com

>>*/s/ Daniel R. Sonneborn*
>>Daniel R. Sonneborn

4880-8463-0200, v. 2